**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JESUS SANDOVAL, #39494-177**<br>**Petitioner,** | § § § | |
| **v.** | § § | **CIVIL NO. 3:17-CV-0393-M-BK**<br>(Criminal No. 3:09-CR-00320-M-2) |
| **UNITED STATES OF AMERICA,**<br>**Respondent.** | § § § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that the petition for writ of *coram nobis* is summarily **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is further ordered that the petition, construed as a successive motion to vacate sentence under 28 U.S.C. § 2255, is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

The Clerk of the Court is **directed** to close this case.

SO ORDERED this 21 day of March, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE